HOWARD F. SILBER, ESQ. (State Bar #102888)
The Law Office of Howard F. Silber
9595 Wilshire Blvd. Suite 900
Beverly Hills, CA 90212
Phone:      (310) 300-8440
Facsimile:  (310) 300-8401

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DEREK BOOGAARD; by its Executor ROBERT NELSON; LEN BOOGARD Executor of the Estate and Special Administrator,; JOANNE BOOGARD an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> THE NATIONAL HOCKEY LEAGUE PLAYERS ASSOCIATION a business form unknown; and ROMAN STOYKEWYCH an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO: CV-12-09128 ODW (FFM) <br><br> PLAINTIFFS' NOTICE OF APPOINTMENT OF LEN BOOGAARD AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DEREK BOOGAARD IN CALIFORNIA |

PLEASE TAKE NOTICE that LEN BOOGAARD Executor of the Estate of DEREK BOOGAARD under the Will of DEREK BOOGAARD dated May 17, 2007 has been appointed Special Administrator of the Estate of DEREK BOOGAARD in California for the purpose of participating in this lawsuit and to file any others actions as may be deemed necessary. On the basis that ROBERT NELSON is resigning from his position as Executor of the Estate in Minnesota, it is requested of the Court that LEN BOOGAARD be substituted and/or joined as a party plaintiff in the Duty of Fair Representation cause of action in this suit. That a true and

correct copy of the Order of the Court so appointing LEN BOOGAARD as Special Administrator in this State is attached hereto and the Court is requested to take Judicial Notice thereof.

Dated: January 29, 2013        LAW OFFICES OF HOWARD F. SILBER

By: /S/HOWARD F. SILBER
HOWARD F. SILBER, Esq.
Attorneys for Plaintiffs