HOWARD F. SILBER, ESQ. (State Bar #102888)
The Law Office of Howard F. Silber
9595 Wilshire Blvd. Suite 900
Beverly Hills, CA 90212
Phone:      (310) 300-8440
Facsimile:  (310) 300-8401

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DEREK BOOGAARD; by its Executor ROBERT NELSON; LEN BOOGARD Executor of the Estate and Special Administrator,; JOANNE BOOGARD an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>THE NATIONAL HOCKEY LEAGUE PLAYERS ASSOCIATION a business form unknown; and ROMAN STOYKEWYCH an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO: CV-12-09128 ODW (FFM)<br><br>**PLAINTIFFS' NOTICE OF APPOINTMENT OF LEN BOOGAARD AS SPECIAL ADMINISTRATOR OF THE ESTATE OF DEREK BOOGAARD IN CALIFORNIA** |

PLEASE TAKE NOTICE that LEN BOOGAARD Executor of the Estate of DEREK BOOGAARD under the Will of DEREK BOOGAARD dated May 17, 2007 has been appointed Special Administrator of the Estate of DEREK BOOGAARD in California for the purpose of participating in this lawsuit and to file any others actions as may be deemed necessary. On the basis that ROBERT NELSON is resigning from his position as Executor of the Estate in Minnesota, it is requested of the Court that LEN BOOGAARD be substituted and/or joined as a party plaintiff in the Duty of Fair Representation cause of action in this suit. That a true and

correct copy of the Order of the Court so appointing LEN BOOGAARD as Special Administrator in this State is attached hereto and the Court is requested to take Judicial Notice thereof.

Dated: January 29, 2013          LAW OFFICES OF HOWARD F. SILBER


By: /S/HOWARD F. SILBER
HOWARD F. SILBER, Esq.
Attorneys for Plaintiffs

DE-140

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, state bar number, and address):
Howard Silber 102888
4607 Lakeview Canyon Rd #155
Westlake Village, CA 91361

**TELEPHONE AND FAX NOS.:**

**FOR COURT USE ONLY**

FILED
Superior Court of California
County of Los Angeles

JAN 28 2013

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
Lisa Howard

**ATTORNEY FOR** (Name): ESTATE

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS: 111 N Hill St
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90212
BRANCH NAME: CENTRAL

**ESTATE OF** (Name): DEREK BOOGAARD
DECEDENT

**ORDER FOR PROBATE**

**ORDER APPOINTING**
☐ Executor
☐ Administrator with Will Annexed
☐ Administrator  ☒ Special Administrator
☐ Order Authorizing Independent Administration of Estate
☐ with full authority  ☐ with limited authority

**CASE NUMBER:** BP138905

**WARNING: THIS APPOINTMENT IS NOT EFFECTIVE UNTIL LETTERS HAVE ISSUED.**

1. Date of hearing: 1-28-13   Time: 8:30   Dept./Room: 5   Judge: Beckloff

**THE COURT FINDS**
2. a. All notices required by law have been given.
   b. Decedent died on (date): 5-13-11
      (1) ☐ a resident of the California county named above.
      (2) ☒ a nonresident of California and left an estate in the county named above.
   c. Decedent died
      (1) ☐ intestate
      (2) ☐ testate
      and decedent's will dated:                    and each codicil dated:
      was admitted to probate by Minute Order on (date):

**THE COURT ORDERS**
3. (Name): LEN BOOGAARD
   is appointed **personal representative:**
   a. ☐ executor of the decedent's will
   b. ☐ administrator with will annexed
   c. ☐ administrator
   d. ☒ special administrator
      (1) ☐ with general powers
      (2) ☒ with special powers as specified in Attachment 3d(2)
      (3) ☐ without notice of hearing
      (4) ☒ letters will expire on (date): Oct. 29, 2013
   and letters shall issue on qualification.
4. a. ☐ **Full authority** is granted to administer the estate under the Independent Administration of Estates Act.
   b. ☐ **Limited authority** is granted to administer the estate under the Independent Administration of Estates Act (there is no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).
5. a. ☒ Bond is not required.
   b. ☐ Bond is fixed at: $                    to be furnished by an authorized surety company or as otherwise provided by law.
   c. ☐ Deposits of: $                    are ordered to be placed in a blocked account at (specify institution and location):
      and receipts shall be filed. No withdrawals shall be made without a court order. ☐ Additional orders in Attachment 5c.
   d. ☒ The personal representative is not authorized to take possession of money or any other property without a specific court order.
6. ☐ (Name):                    is appointed probate referee.

Date:

7. Number of pages attached: 1

JUDGE OF THE SUPERIOR COURT
☒ SIGNATURE FOLLOWS LAST ATTACHMENT

Form Approved by the
Judicial Council of California
DE-140 [Rev. January 1, 1998]
Mandatory Form [1/1/2000]

**ORDER FOR PROBATE**

Probate Code, §§ 8006, 8400

Attachment 3(d) 2

Participate in Pending Litigation US District Ct Case No 12-09128. and possibly file new suit.

A status hearing is set for Oct. 29, 2013 @ 8:30 iN D-5.a

Dated: JAN 28 2013

MITCHELL L. BECKLOFF, Judge