1  HOWARD F. SILBER, ESQ. (State Bar #102888)
   The Law Office of Howard F. Silber
2  4607 Lakeview Canyon Rd. Suite 155
3  Westlake Village, CA 91361
   Phone:      (818) 706-8510
4  Facsimile:  (818) 706-8516

5  Attorney for Plaintiffs

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

10 | THE ESTATE OF DEREK BOOGAARD;)         | CASE NO: CV-12-09128 ODW (FFM)
   | by its Executor ROBERT NELSON; LEN)    |
11 | BOOGARD an individual,; JOANNE)        | NOTICE OF ERRATA IN
   | BOOGARD an individual,           )     | DECLARATION OF HOWARD F.
12 |                  Plaintiffs,     )     | SILBER SUBMITTED IN SUPPORT OF
13 |                                  )     | THE MOTION TO BE RELIEVED AS
   | vs.                              )     | COUNSEL
14 |                                  )
   | THE NATIONAL HOCKEY LEAGUE)
15 | PLAYERS ASSOCIATION a business form)
16 | unknown; and ROMAN STOYKEWYCH)
   | an individual; and DOES 1 through 50,)
17 | inclusive,                       )
18 |                                  )
   |                  Defendants.     )
19 |_____)

22     I, HOWARD F. SILBER file this NOTICE OF ERRATA to my declaration submitted in

23 support of the Motion to be Relieved as Counsel.

25     That the words " to cooperate and communicate with my office" be added to paragraph 5 after the word "failing".

- 1 -
NOTICE OF ERRATA

That the final paragraph bearing the number 1 be stricken from that declaration.

Executed on: March 16, 2013           _____
                                                            HOWARD F. SILBER