1  HOWARD F. SILBER, ESQ. (State Bar #102888)
   The Law Office of Howard F. Silber
2  4607 Lakeview Canyon Rd. Suite 155
3  Westlake Village, CA 91361
   Phone:         (818) 706-8510
4  Facsimile:     (818) 706-8516

5  Attorney for Plaintiffs

**DENIED**
BY ORDER OF THE COURT
ODW 03-18-13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF DEREK BOOGAARD; by its Executor ROBERT NELSON; LEN BOOGARD an individual,; JOANNE BOOGARD an individual, <br><br>             Plaintiffs, <br><br>vs. <br><br>THE NATIONAL HOCKEY LEAGUE PLAYERS ASSOCIATION a business form unknown; and ROMAN STOYKEWYCH an individual; and DOES 1 through 50, inclusive, <br><br>             Defendants. | CASE NO: CV-12-09128 ODW (FFM) <br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR STAY OF PROCEEDINGS AND TO CONTINUE DUE DATE OF BRIEFS RE THE ISSUE OF EQUITABLE ESTOPPEL |

The Application of Plaintiffs' Counsel Howard F. Silber, Esq. for an ex parte Order, pursuant to the Federal Rules of Civil Procedure for a Stay of Proceedings for sixty days and for a continuance of the due date for briefs re: the issue of Equitable Estoppel with regard to the pending Motion for Summary Judgment came on for consideration by the court.

1
2   GOOD CAUSE appearing therefore the Application is granted. There shall be a stay in
3   this proceeding pending the hearing of the Motion to be Relieved as Counsel presently set for
4   April 22, 2013. The new due date for filing the briefs re the issue of equitable estoppel with
5   regard to the pending Motion for Summary Judgment shall be May 22, 2013.
6
7   IT IS SO ORDERED.
8
9   Dated: March 18, 2013



BY ORDER OF THE COURT

Honorable Judge Otis D. Wright II
United States District Judge