Name & Address:
LAW OFFICES OF HOWARD F. SILBER
4607 LAKEVIEW CANYON ROAD SUITE 155
WESTLAKE VILLAGE, CA 91361

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DEREK BOOGAARD et al.<br><br>PLAINTIFF(S)<br>v.<br>NATIONAL HOCKEY LEAGUE PLAYERS ASSOC.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV12-09128 ODW (FFM)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

APPLICATION TO FILE SUPPLEMENTAL DECLARATION OF HOWARD SILBER IN SUPPORT OF MOTION TO BE RELIEVED FROM COUNSEL; SUPPLEMENTAL DECLARATION; PROPOSED ORDER

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
- ☑ Other  APPLICATION TO FILE DECLARATION UNDER SEAL

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

MARCH 18, 2013
Date

HOWARD F. SILBER, ESQ.
Attorney Name

PLAINTIFFS
Party Represented

*Note:* File one Notice of Manual Filing in each case, each time you manually file document(s).

G-92 (6/12)  NOTICE OF MANUAL FILING