UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Len Boogard et al | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:12-cv-09128-ODW-FFMx |
| v. | |
| National Hockey League Players Association et al | NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 3/15/13 | 30 | ex parte to stay case ( efiled with order as 1 pdf) |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERRORS WITH DOCUMENT**

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected.  Correct event to be used is _____
☐ Case number is incorrect or missing
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☑ Proposed Document was not submitted as separate attachment   `proposed order efiled`
☐ Title page is missing                                          `with ex parte as 1 pdf`
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking   `see below`
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☐ A Certificate of Good Standing is not attached to pro hac vice application
☑ Other:    in alternative, prepare and e file a formal document, Notice of Lodging, and docket
            it under its specific corresponding event:  Notice of Lodging, to which  the separate
            proposed order is submitted as a separate attachment thereto.

Note:   In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: 3/19/13                                         By: L Chai          213-894-5730
                                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.